■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ORLANDO GUADALUPE, Appellant. [610 NYS2d 1] —Judgment, Supreme Court, New York County (Ronald Zweibel, J.), rendered August 6, 1991, convicting defendant, after a jury trial, of robbery in the first degree, and sentencing him, as a persistent violent felony offender, to a term of 10 years to life, unanimously affirmed.

Defendant's claim that he was denied a fair trial because a court officer spoke to a juror about a personal matter is not preserved for appellate review as a matter of law (CPL 470.05 [2]; *see, People v Hodges,* 173 AD2d 644, *lv denied* 78 NY2d 1011), and we decline to review the issue in the interest of justice. If we were to review, we would note that not every communication with a deliberating juror requires the participation of the court or the presence of the defendant *(People v Bonaparte,* 78 NY2d 26, 30), and that the brief exchange here involving a personal matter could not have influenced the juror's deliberations *(compare, People v Rukaj,* 123 AD2d 277). Concur—Sullivan, J. P., Carro, Ellerin, Asch and Tom, JJ.